**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: THE NOMINATION PETITIONS OF   :  No. 18 WAP 2022
PEARLINA S. STORY AS A DEMOCRATIC  :
CANDIDATE FOR THE STATE             :
REPRESENTATIVE IN THE 24TH          :
LEGISLATIVE DISTRICT                  :
                                          :
OBJECTIONS OF: NICOLE M. SYLVESTER, :
LOREAL RJ SNELL, AND CHRISTOPHER  :
PAUL SANDVIG                    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of April, 2022, the order of the Commonwealth Court,

dated April 19, 2022, granting the Petition to Set Aside Nominating Petitions of Pearlina

S. Story, is **AFFIRMED**.